1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for defendants
   American Express and
7  Nationwide Credit, Inc.

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 NELLIE PETALVER,              )  CASE NO.: C 08-02718 WHA
13                               )
                                 )
14         Plaintiff,             )  **PROOF OF SERVICE**
                                 )
15                               )
       vs.                       )
16                               )
                                 )
17 AMERICAN EXPRESS, a           )
   corporation;                  )
18 NATIONWIDE CREDIT, INC.;      )
   DOES 1 THROUGH 10,            )
19                               )
         Defendants.             )
20 ─────────────────────────────

21

---

PETALVER V. AMERICAN EXPRESS ET AL. (CASE NO. C 08-02718 WHA)
PROOF OF SERVICE

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following documents:

1) **NOTICE OF REMOVAL**

2) **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

3) **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

4) **CIVIL COVER SHEET**

5) **NOTICE TO ADVERSE PARTY OF REMOVAL**

6) **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF NOTICE OF REMOVAL**

7) **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

8) **TEMPLATES: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

9) **WELCOME TO THE UNITED STATES DISTRICT COURT, SAN FRANCISCO AND DROP BOX FILING PROCEDURES**

10) **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES WITH ATTACHED ORDER SETTING CONFERENCE AND TEMPLATE OF JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**

11) **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

|   |   |   |
|---|---|---|
| | 12) | **SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP** |
| | 13) | **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT** |
| | 14) | **ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA** |
| | 15) | **GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE IN CIVIL JURY CASES BEFORE THE HONORABLE WILLIAMS ALSUP** |

by causing such documents to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressees indicated below:

**VIA U.S. MAIL**

Irving L. Berg
The Berg Law Group
145 Town Center, PMB 493
Corte Madera, CA 94925
Counsel for Plaintiff

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 30th day of May, 2008.

_____
Stephanie Schmitt