TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for defendants
American Express and
Nationwide Credit, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELLIE PETALVER, | CASE NO.: C 08-02718 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF NOTICE OF REMOVAL** |
| vs. | |
| AMERICAN EXPRESS, a corporation; NATIONWIDE CREDIT, INC.; DOES 1 THROUGH 10, | |
| Defendants. | |

1  I, Stephanie Schmitt, declare as follows:

2       I am over the age of 18 years and not a party to this action.

3       I am employed by the firm of Simmonds & Narita LLP, counsel of record for

4  defendants American Express and Nationwide Credit, Inc.  My business address is 44

5  Montgomery Street, Suite 3010, San Francisco, California 94104, which is located in

6  the city and county where the mailing described below took place.

7       On May 30, 2008, I deposited in the United States Mail at San Francisco,

8  California, a copy of the Notice to Adverse Party of Removal dated May 30, 2008, a

9  copy of which is attached to this Certificate, to be delivered to the addresses below:

10
Irving L. Berg
11 The Berg Law Group
145 Town Center, PMB 493
12 Corte Madera, CA 94925
Counsel for Plaintiff
13

14       I declare under penalty of perjury that  the foregoing is true and correct.

15       Executed in San Francisco on this 30th day of May, 2008.

16

17

18

19  By: _____

20              Stephanie Schmitt

21

22

23

24

25

26

27

28

Attachment 1

1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for defendants
   American Express and
7  Nationwide Credit, Inc.

8

9              SUPERIOR COURT OF CALIFORNIA

10             COUNTY OF SAN FRANCISCO

11                  LIMITED CIVIL

12  NELLIE PETALVER,              )  CASE NO.: CGC 08 474546
                                  )
13                                )
           Plaintiff,             )  **NOTICE TO ADVERSE PARTY**
14                                )  **OF REMOVAL**
                                  )
15         vs.                    )
                                  )
16                                )
                                  )
17  AMERICAN EXPRESS, a           )
    corporation;                  )
18  NATIONWIDE CREDIT, INC.;      )
    DOES 1 THROUGH 10,            )
19                                )
           Defendants.            )
20  _____ )

21

22

23

24

25

26

27

28

1    TO PLAINTIFF NELLIE PETALVER AND HER ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that a Notice of Removal of this action was filed

3    in the United States District Court for the Northern District of California on May

4    29, 2008 under Federal Court case number C 08-02718 WHA.  A copy of the

5    Notice of Removal is attached hereto as **Exhibit A** and is served and filed

6    herewith.

7

8    DATED:  May 30, 2008                SIMMONDS & NARITA LLP
                                         TOMIO B. NARITA
9                                        JEFFREY A. TOPOR

10

11                                       By:  _____

12                                            Tomio B. Narita
                                              Attorneys for defendants
13                                            American Express and
                                              Nationwide Credit, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1)    **NOTICE TO ADVERSE PARTY OF REMOVAL**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressees indicated below:

**VIA U.S. MAIL**

Irving L. Berg
The Berg Law Group
145 Town Center, PMB 493
Corte Madera, CA 94925
Counsel for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 30th day of May, 2008.

_____
Stephanie Schmitt

PETALVER V. AMERICAN EXPRESS ET AL.
PROOF OF SERVICE

Exhibit A

1   TOMIO B. NARITA (SBN 156576)
    JEFFREY A. TOPOR (SBN 195545)
2   SIMMONDS & NARITA LLP
    44 Montgomery Street, Suite 3010
3   San Francisco, CA 94104-4816
    Telephone: (415) 283-1000
4   Facsimile:  (415) 352-2625
    tnarita@snllp.com
5   jtopor@snllp.com

6   Attorneys for defendants
    American Express and
7   Nationwide Credit, Inc.

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12   NELLIE PETALVER,                    )   CASE NO.:
                                         )
13                                       )
             Plaintiff,                  )   NOTICE OF REMOVAL
14                                       )
                                         )
15       vs.                             )
                                         )
16                                       )
     AMERICAN EXPRESS, a                 )
17   corporation;                        )
     NATIONWIDE CREDIT, INC.;            )
18   DOES 1 THROUGH 10,                  )
                                         )
19           Defendants.                 )
                                         )
20   ————————————————————                )

21

22

23

24

25

26

27

28

PETALVER V. AMERICAN EXPRESS ET AL.
NOTICE OF REMOVAL

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2        PLEASE TAKE NOTICE that defendants American Express Corporation

3  ("Amex") and Nationwide Credit, Inc. ("NCI") hereby remove to this Court the

4  state court action described below.

5        1.      On April 23, 2008, a complaint was filed against Amex and NCI by

6  plaintiff Nellie Petalver ("Plaintiff") in an action pending in the Superior Court of

7  the State of California in and for the County of San Francisco, entitled *Nellie*

8  *Petalver v. American Express et al.*, Case No. CGC 08 474546.  A copy of the state

9  court complaint ("Complaint") is attached hereto as **Exhibit A**.

10       2.      This removal petition is timely under 28 U.S.C. § 1446(b) because the

11  Complaint was served via United States Mail on April 30, 2008 and received by

12  Amex and NCI thereafter.

13                              **JURISDICTION**

14       3.      This action is a civil action of which this Court has original

15  jurisdiction under 28 U.S.C. § 1331 and that may be removed to this Court by

16  Amex and NCI pursuant to the provisions of 28 U.S.C. § 1441(b) in that the

17  Complaint asserts federal claims against Amex and NCI allegedly arising under 15

18  U.S.C. § 1692 *et seq.* (the Fair Debt Collection Practices Act).

19                                **VENUE**

20       4.      The Complaint was filed in the Superior Court of the State of

21  California, County of San Francisco.  Therefore, venue in the San Francisco

22  Division or the Oakland Division of this District is proper.  *See* Local Rule 3-2(d)

23  (stating "all civil actions which arise in the counties of Alameda . . . shall be

24  assigned to the San Francisco Division or the Oakland Division"); 28 U.S.C. §

25  1441(a) (providing for removal "to the district court of the United States for the

26  district and division embracing the place" where the state court action is pending).

27  //

28

1    5.    Amex and NCI are represented by the undersigned.

2

3  DATED: May 29, 2008                    SIMMONDS & NARITA LLP
                                          TOMIO B. NARITA
4                                         JEFFREY A. TOPOR

5

6                              By: _____
7                                         Tomio B. Narita
                                          Attorneys for defendants
8                                         American Express and
                                          Nationwide Credit, Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

1  Irving L. Berg (SBN 36273)
2  THE BERG LAW GROUP
   145 Town Center, PMB 493
3  Corte Madera, California 94925
   (415) 924-0742
4  (415) 891-8208 (Fax)
   irvberg@comcast.net (e-mail)
5  ATTORNEY FOR PLAINTIFF
6
7
8            SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                    COUNTY OF SAN FRANCISCO
10                        LIMITED CIVIL
11 NELLIE PETALVER, an individual,        Case No.:
                                          CGC 08    474546
12            Plaintiff,                  COMPLAINT SEEKING DAMAGES FOR
   v.                                     UNLAWFUL DEBT COLLECTION
                                          PRACTICES
13 AMERICAN EXPRESS, a corporation;
   NATIONWIDE CREDIT, INC.; DOES 1        DEMAND FOR JURY TRIAL
14 THROUGH 10,
15 _____
              Defendants.           /
16
17                    I. INTRODUCTION
18     1.    Plaintiff, NELLIE PETALVER ("Ms. Petalver"), is a resident of San Francisco
19 County.  She brings this lawsuit seeking damages from Defendants AMERICAN EXPRESS
20 ("AEX") and NATIONWIDE CREDIT, INC.  ("Nationwide"), for their violation of the
21 California and Federal laws regulating consumer debt collection practices.
22     2.    The Defendants, AEX and Nationwide, are debt collectors as defined at Cal. Civ.
23 Code § 1788.2(c), which provides:
24         (c) The term "debt collector" means any person who, in the
           ordinary course of business, regularly, on behalf of himself or
           herself or others, engages in debt collection.
25     3.    The Defendant Nationwide is also a debt collector under the federal law, 15
26 U.S.C. § 1692a(6).
27     4    The California law, known as the Rosenthal Fair Debt Collection Practices Act, is
28 at Cal. Civ. Code § 1788, et seq.  The California law incorporates provisions of the federal Fair

COMPLAINT SEEKING DAMAGES            1        PETALVER V. AMERICAN EXPRESS, et al.

Debt Collection Practices Act ("FDCPA"), pursuant to Cal. Civ. Code § 1788.17, which states:

> ....**every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of Sections 1692b to 1692j.... of Title 15 of the United States Code** [i.e., the FDCPA].

5.      Plaintiff, by this action, seeks statutory damages, attorney's fees and costs.

## II. JURISDICTION AND VENUE

6.      Jurisdiction in this court is conferred by 15 U.S.C. § 1692k(d).

7.      Venue is proper in this county because Defendants do business in this county, and the collection communications were received in this county.

## III. PARTIES

8.      Plaintiff, Nellie Petalver, is a single woman who resides in San Francisco, CA.

9.      Defendant AEX has a principal office at 777 American Expressway, Fort Lauderdale, FL 33337. AEX is a debt collector as defined at Cal. Civ. Code § 1788.2. AEX is amenable to service of process on an officer at its principal office.

10.     Defendant Nationwide has its principal office at 2015 Vaughn Road NW, Bldg. 400, Kennesaw, GA 30144 does business as a debt collector as defined by 15 U.S.C. § 1692a(6), and as defined by Cal. Civ. Code § 1788.2. Defendant Nationwide is served with legal process on an officer at its principal office.

11.     Plaintiff is ignorant of the true names or capacities of the defendants sued herein under the fictitious names of DOE ONE through TEN inclusive.

12.     Each of the fictitiously named Doe Defendants is responsible in some manner for the wrongdoing alleged herein, and is liable for the damages recoverable by Plaintiff. Each of the Defendants was acting as agent or employee for the others. Plaintiff will seek leave of the court to name the Doe defendants when their true names and identities are ascertained.

13.     Defendants AEX and Nationwide are hereafter sometimes referred to collectively as "Defendants."

## IV. FACTUAL ALLEGATIONS

14.     Some time ago, Plaintiff was issued a credit card by Defendant AEX. The last four digits of the account were 1009.

15.     Plaintiff used the account for purchase of consumer goods for Plaintiff's personal and household needs.

16.     Plaintiff was unable to make payment on the account because of financial setbacks.

17.     Plaintiff sought legal representation to help Plaintiff through this bleak financial period, and to deal with the unrelenting and stressful demands of Plaintiff's creditors and their collection agents. Plaintiff hired attorney Irving L. Berg for legal representation.

18.     Plaintiff was advised by the attorney that, once creditors and their collection agents were advised of attorney representation, the law required that the creditors and their collection agents must leave Plaintiff alone and deal with the attorney.

19.     On October 24, 2007, Plaintiff's attorney sent Defendant AEX a letter advising of his representation of Plaintiff. <u>Exhibit A</u> is a copy of the letter. The letter states, among other things:

> **The captioned consumer is a client of mine. All communications concerning my client's financial affairs, including the captioned debt, and any other debts you claim owed by my client shall hereafter be made to this office <u>in</u> <u>writing</u>.**

20.     Some date thereafter, Defendant Nationwide as its agent to collect the alleged debt. AEX transferred and turned over to Defendant Nationwide Plaintiff's account, including the letter of attorney representation (<u>Exhibit A</u>) and notes of Defendant AEX's collection action taken against Plaintiff to collect the claim against Plaintiff.

21.     On February 1, 2008, Defendant Nationwide, notwithstanding the notice of attorney representation (<u>Exhibit A</u>), wrote Plaintiff directly, demanding payment of the account. <u>Exhibit B</u> is a copy of the Nationwide letter. Likewise, Defendant Nationwide wrote Plaintiff on February 21, 2008. A copy of the letter is attached as <u>Exhibit C</u>.

23.     Defendant AEX and its agent, Defendant Nationwide, are liable for sending collection letters, <u>Exhibits B and C</u>, to Plaintiff after advisement of attorney representation.

COMPLAINT SEEKING DAMAGES        3        PETALVER V. AMERICAN EXPRESS, et al.

1    Defendants' conduct violates Cal. Civ. Code § 1788.14(c), which prohibits:

2
3
4
5
6
7

     **(c) Initiating communications other than statements of account, with the debtor with regard to the consumer debt, when the debt collector has been previously notified in writing by the debtor's attorney that the debtor is represented by such attorney with respect to the consumer debt and such notice includes the attorney's name and address and a request by such attorney that all communications regarding the consumer debt be addressed to such attorney, unless the attorney fails to answer correspondence, return telephone calls, or discuss the obligation in questions.**

     24.      Said conduct further violates 15 U.S.C. § 1692c(a)(2), which states a debt

8
9

collector may not communicate with a consumer without the consumer's permission:

10
11
12

     **(2) if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer....**

13                      **CLAIM FOR RELIEF**

14      25.      Plaintiff incorporates by reference all of the foregoing paragraphs.

15      26.      Defendants AEX and Nationwide violate Cal. Civ. Code § 1788.14(c) and 15

16    U.S.C. §§ 1692c(a)(2) and 1692e(3) by communicating with Plaintiff after receiving notice of

17    attorney representation.

18                      **V. PRAYER**

19      WHEREFORE, according to the remedies allowable under the California law and Federal

20    law, as provided by Cal. Civ. Code § 1788.32:

21
22

     The remedies provided herein are intended to be cumulative and are in addition to any other procedures, rights, or remedies under any other provision of law,

23    Plaintiff prays for damages as follows:

24      A.      Statutory damages of $2,000 as to Defendant AEX, pursuant to Cal. Civ. Code §§

25    1788.30(b) and 15 U.S.C. § 1692k;

26      B.      Statutory damages of $2,000 as to Defendant Nationwide, pursuant to Cal. Civ.

27    Code § 1788.30(b) and 15 U.S.C. § 1692k;

28      C.      Statutory damages of $6,000 as to the Doe Defendants, each to pay its

COMPLAINT SEEKING DAMAGES          4          PETALVER V. AMERICAN EXPRESS, et al.

1    proportionate share; and

2        D.    Reasonable attorney's fees and costs, pursuant to Cal. Civ. Code § 1788.30 and 15

3    U.S.C. § 1692k(a)(3).

4

5    Dated:  4/17/08                                    /s/

6                                                Irving L. Berg
                                             THE BERG LAW GROUP
7                                             145 Town Center, PMB 493
                                             Corte Madera, California 94925
8                                             (415) 924-0742
                                             (415) 891-8208 (Fax)

9                                             ATTORNEYS FOR PLAINTIFF

10

11                                    **JURY DEMAND**

12        Plaintiff demands trial by jury.

13

14
     Dated:   4/17/08                                   /s/
15                                               Irving L. Berg

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

*THE BERG LAW GROUP*
*ATTORNEYS AND COUNSELORS AT LAW*
*145 Town Center, PMB 493*
*Corte Madera, California 94925*
*Phone: (415) 924-0742 Fax: (415) 891-8208*
e-mail irvberg@comcast.net

IRVING L. BERG, ESQ.

October 24, 2007

American Express
Customer Service
P. O. Box 961535
El Paso, TX 79998-1535

Re:   *Nellie C. Petalver*                    <u>**Notice of Attorney Representation and**</u>
       Social Security No.: 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        <u>**Notice of Dispute**</u>
       Alleged Creditor: GE Capital Retail Card

Dear Sir or Madam:

The captioned consumer is a client of mine. All communications concerning my client's financial affairs, including the captioned debt, and any other debts you claim are owed by my client, shall hereafter be made to this office <u>in writing</u>. My office responds only to written communication sent via the United States Postal Service. We do not respond to telephone calls, email, or fax transmissions. In the unlikely event that the legal relationship with my client is terminated, you will be notified in writing.

My client's Social Security number is noted above. Should you have any question regarding the identification of my client, send your inquiry <u>in writing</u> to the undersigned. Only <u>written inquiries</u> will be acknowledged.

The alleged debts are disputed. Provide verification.

Your collection practices are governed by Federal and California consumer laws. If you have any doubt as to these matters, deliver this letter to your attorney or insurance carrier. **The law prohibits you from contacting my client, my client's employer, or my client's family regarding the alleged debts. All inquiries regarding my client's financial affairs shall be directed to the undersigned, in writing.**

Further, please note that, should a legal action be brought in connection with your collection practices, that legal action could result in a judgment that would include actual costs of filing the complaint, actual costs of service of process, and reasonable attorney's fees.

Sincerely,

Irving L. Berg
ILB/rl

repletterCD5.frm

EXHIBIT B

 **NATIONWIDE CREDIT, INC.**
2015 VAUGHN RD NW, BLD 400, KENNESAW GA  30144-7801
1-866-479-7925

02/01/2008

RE: AMERICAN EXP TRAVEL RELATED SERV CO INC, 371517574091009
BAL: $7,369.52

Your delay in resolving this account has left you with just two options to avoid additional efforts to collect:

- Pay the full balance at once.  To be sure of proper credit, make your payment payable to AMERICAN EXP TRAVEL RELATED SERV CO INC.

- If you can't pay in full now, call us to make acceptable arrangements.  We've offered to work with you to seek terms that fit your individual situation.  So we can resolve this matter together, please let us assist you now.

This matter is not going away by itself.  Pay in full immediately or call us for help today, toll free at 1-866-479-7925.

The total account balance as of the date of this letter is shown above.  Your account balance may increase due to interest or other charges, if so provided in your agreement with your creditor.

PERSONAL AND CONFIDENTIAL

PO BOX 740640
ATLANTA GA  30374-0640



FOR PROPER CREDIT TO YOUR ACCOUNT RETURN THIS STUB IN THE
ENCLOSED ENVELOPE WITH YOUR CHECK OR MONEY ORDER. BE SURE
THAT OUR NAME AND ADDRESS APPEARS IN THE WINDOW.
023/A02/072/02/01/2008

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

| RE: | AMERICAN EXP TRAVEL RELATED SERV CO INC 02101601D |
|---|---|
| ID NUMBER: | 07365114912 |
| ACCOUNT NO: | 371517574091009 |
| BALANCE DUE: | $7,369.52 |
| AMOUNT ENCLOSED: | $ |

☐ Change of address: Print New Address on Back

813

*07365114912*
NELLIE PETALVER                     A02
737 FOLSOM ST APT 505
SAN FRANCISCO CA  94107-1264

NATIONWIDE CREDIT, INC.
PO BOX 740640
ATLANTA GA  30374-0640

01 07365114912 8

EXHIBIT C

 **NATIONWIDE CREDIT, INC.**
2015 VAUGHN RD NW, BLD 400, KENNESAW GA 30144-7801
1-866-479-7925

02/20/2008

RE: AMERICAN EXP TRAVEL RELATED SERV CO INC, 371517574091009
BAL: $7,404.52

### TAKE YOUR CHOICE OF SPECIAL PAYMENT TERMS

We sincerely want to help you put the worry and obligation of this debt behind you. To assist you, we are offering you your choice of any of the payment options shown below:

_____ One payment this month for the full amount.
_____ Two payments – ½ this month, and ½ next month.
_____ 3 payments – ⅓ this month, ⅓ next month and ⅓ the following month.
_____ One-half down now and the balance in 5 equal monthly payments.

Just check the option that you choose. Then include with your first payment both the stub below and this page showing your checked choice. Please be sure that our address on the stub shows through the envelope window. And to ensure proper credit, make your payment payable to AMERICAN EXP TRAVEL RELATED SERV CO INC.

Please don't delay. That could cause your account balance to increase because of interest or other charges, if so provided in your agreement with your creditor.

If you have questions about these options, or wish to discuss other arrangements, call us. You can reach us toll free at 1-866-479-7925. Just be sure to pay or call now.

The total account balance as of the date of this letter is shown above. Your account balance may increase due to interest or other charges, if so provided in your agreement with your creditor.

PERSONAL AND CONFIDENTIAL

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

PO BOX 740640
ATLANTA GA 30374-0640



FOR PROPER CREDIT TO YOUR ACCOUNT RETURN THIS STUB IN THE
ENCLOSED ENVELOPE WITH YOUR CHECK OR MONEY ORDER. BE SURE
THAT OUR NAME AND ADDRESS APPEARS IN THE WINDOW.
023/A14/072/02/20/2008

| RE: | AMERICAN EXP TRAVEL RELATED SERV CO INC 02101601D |
|---|---|
| ID NUMBER: | 07365114912 |
| ACCOUNT NO: | 371517574091009 |
| BALANCE DUE: | $7,404.52 |
| AMOUNT ENCLOSED: | $ |

☐ Change of address: Print New Address on Back

J530

*07365114912*
NELLIE PETALVER
737 FOLSOM ST APT 505
SAN FRANCISCO CA 94107-1264

A14

NATIONWIDE CREDIT, INC.
PO BOX 740640
ATLANTA GA 30374-0640

01 07365114912 8