1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF

6

7
                    UNITED STATES DISTRICT
8
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  NELLIE PETALVER, an individual,          Case No.: 08-02718 WHA

11              Plaintiff,              **STIPULATION FOR DISMISSAL**
    v.                                 **WITH PREJUDICE**
12
    AMERICAN EXPRESS, a corporation;
13  NATIONWIDE CREDIT, INC.; DOES 1
    THROUGH 10,
14
    _____ Defendants. _____/
15
             It is hereby stipulated and agreed by and between the parties that hereby action against
16
    AMERICAN EXPRESS, a corporation; NATIONWIDE CREDIT, INC., be dismissed with
17
    prejudice and without costs and attorneys' fees to any party, all costs and attorneys' fees having
18
    been paid and all matters in controversy for which said action was brought having been fully
19
    settled, compromised and adjourned.
20

21  SO STIPULATED:

22  DATED: 7-02-08_____        BY:  ____/s_____
23                                  IRVING L. BERG
                                    Attorney for Plaintiff
24

25  DATED: 8-06-08___        BY:  ____/s_____
26                                  JEFFREY TOPOR
                                    Simmonds & Narita LLP
27                                  Attorneys for Defendants

28        .

    STIPULATION  TO DISMISS
    WITH PREJUDICE                    1      PETALVER v. AMERICAN EXPRESS et al.